1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JESSICA A. DAYTON (State Bar No. 231698)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5

   Attorneys for Plaintiffs
6  MARSHALL LOSKOT
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 MARSHALL LOSKOT, an individual; and )   CASE NO. C04-4988 ~~MEJ~~ PJH
   DISABILITY RIGHTS ENFORCEMENT,     )
12 EDUCATION, SERVICES:HELPING        )   JOINT STIPULATION AND [~~PROPOSED~~]
   YOU HELP OTHERS, a California public )  ORDER TO EXTEND MEDIATION
13 benefit corporation,                )   DEADLINE AND CONTINUE CASE
                                       )   MANAGEMENT CONFERENCE
14       Plaintiffs,                   )
                                       )
15 v.                                  )
                                       )
16 HYDE OUT; YUNG WUN and LAI          )
   CHING, as trustees of the YUNG WUN &)
17 LAI CHING REVOCABLE TRUST; and      )
   KAJOUEE HOSSEIN, an individual dba  )
18 HYDE OUT,                           )
                                       )
19       Defendants.                   )
   _____)
20
         The parties, through their undersigned counsel, hereby stipulate to and respectfully
21
   request the Court to allow an extension of the mediation deadline and a continuance of the
22
   further Case Management Conference, for good cause:
23
   1.    Whereas at the Case Management Conference on June 2, 2005 the parties were ordered
24
         to attend a mediation within 90 days;
25
   2.    Whereas the parties conducted a mediation session on August 30, 2005 but did not
26
         reach a full and final settlement of the case;
27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE AND CONTINUE CASE
MANAGEMENT CONFERENCE                                                                    1

3. Whereas the parties and the mediator believe a further mediation session would be appropriate and beneficial;

4. Whereas the mediator is available during the first two weeks of October; the parties respectfully request that the mediation deadline be extended to and including November 1, 2005 in order to continue exploring settlement through mediation;

5. The parties respectfully request the court to reschedule the further case management conference set for September 29, 2005 to December 1, 2005. The Court has not scheduled any trial dates and the continuance of the currently scheduled further case management conference will not affect any pretrial dates.

IT IS HEREBY STIPULATED THAT:

1. The date for the further Case Management Conference currently scheduled for September 29, 2005 at 2:30 p.m., be continued to December 1, 2005 at 2:30 p.m.

2. The mediation deadline be extended to and including November 1, 2005.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

DATED: September 1, 2005          THOMAS E. FRANKOVICH,
                                  *A PROFESSIONAL LAW CORPORATION*

                                  By: _____/s/_____
                                      Jessica A. Dayton
                                  Attorney for Plaintiffs MARSHALL LOSKOT
                                  and DISABILITY RIGHTS ENFORCEMENT,
                                  EDUCATION, SERVICES: HELPING YOU
                                  HELP OTHERS


DATED: September 6, 2005          BRADLEY, CURLEY, ASIANO, BARRABEE &
                                  CRAWFORD

                                  By: _____/s/_____
                                      Mark Gibson
                                  Attorneys for Defendants HYDE OUT and
                                  HOSSEIN KAJOUEE, dba HYDE OUT

1  DATED: September 1, 2005                    BORTON, PETRINI & CONRON, LLP

2

3                                              By:_____/s/_____
                                                   Curtis R. Hagan
4                                              Attorneys for Defendants WUN YUNG and LAI
                                               CHING YUNG, as trustees of the WUN YUNG &
                                               LAI CHING YUNG REVOCABLE TRUST
5

6                                         **ORDER**

7       IT IS SO ORDERED THAT:

8       The mediation deadline is extended to and including November 1, 2005 and the further

9  Case Management Conference currently scheduled for September 29, 2005 at 2:30 p.m., is

10 continued to December 1, 2005 at 2:30 p.m.

11

12 DATED: September 6_____, 2005

13

14                                              _____
                                                Hon. ~~Maria Elena James~~
15                                              U.S. ~~Magistrate~~ Judge   Phyllis J. Hamilton
                                                                District

---

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE AND CONTINUE CASE
MANAGEMENT CONFERENCE                                                                    3