# THE FRANKOVICH GROUP*
## LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109-1426
Phone: 415-674-8600 • Facsimile. 415-674-9900 • TDD: 415-441-6100

March 15, 2006

**FILED**

**MAR 1 5 2006**

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hon. James Larson
Chief Magistrate Judge
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Loskot v. Hyde Out*
      **USDC N.D. Ca Case No. C04-4988 PJH**
      **Our Reference:**      **Hyde Out**
      **Subject:**            **Further Settlement Conference**

Dear Magistrate Larson:

On behalf of the parties to the above-referenced matter, we would like to request that the further settlement conference be scheduled for May 26, 2006 at 10:00 a.m. All parties and counsel have conferred and are available to appear on this date and time.

Also on behalf of the parties, I would like to thank you for your continued assistance in these settlement efforts.

Very truly yours,

Jennifer L. Steneberg

/jls
cc:   Mark Gibson, Esq.
      Kelley Reid, Esq.

*Thomas E. Frankovich, A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court, San Francisco, CA
or at Your Home
BY APPOINTMENT ONLY AT ALL LOCATIONS