1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs MARSHALL LOSKOT
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                      UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11  MARSHALL LOSKOT, an individual; and )   **CASE NO. C04-4988 PJH**
    DISABILITY RIGHTS ENFORCEMENT,     )
    EDUCATION, SERVICES:HELPING        )   **STIPULATION AND [PROPOSED]**
12  YOU HELP OTHERS, a California public)   **ORDER CONTINUING THE CASE**
    benefit corporation,               )   **MANAGEMENT CONFERENCE**
13                                     )
            Plaintiffs,                )
14                                     )
    v.                                 )
15                                     )
    HYDE OUT; YUNG WUN and LAI         )
16  CHING, as trustees of the YUNG WUN &)
    LAI CHING REVOCABLE TRUST; and     )
17  KAJOUEE HOSSEIN, an individual dba )
    HYDE OUT,                          )
18                                     )
            Defendants.                )
19  _____)

20     The parties, through their undersigned counsel, hereby stipulate to and respectfully

21  request the Court to continue the further Case Management Conference, for good cause:

22  1.     Whereas at previous Case Management Conference the parties were referred to

23  Magistrate Larson for a settlement conference;

24  2.     Whereas such a settlement conference was conducted on February 9, 2006;

25  3.     Whereas the Magistrate ordered the parties to coordinate an on-site inspection of the

26  subject public accommodation and then return for a further settlement conference; and

27  4.     Whereas the ordered on-site inspection has since been completed and a further

28  settlement conference is set for May 26, 2006;

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE        1

1  5.  Therefore, the parties respectfully request that the Court continue the further case
2  management conference set for March 23, 2006, to at date in early June 2006.
3      This Stipulation may be executed in faxed counterparts, all of which together shall
4  constitute one original document.

Dated: March 15, 2006                THOMAS E. FRANKOVICH
                                     *A PROFESSIONAL LAW CORPORATION*


                                     By:    /s/
                                         Jennifer L. Steneberg
                                     Attorneys for Plaintiffs MARSHALL LOSKOT
                                     and DISABILITY RIGHTS, ENFORCEMENT,
                                     EDUCATION, SERVICES:HELPING YOU
                                     HELP OTHERS

Dated: March 15, 2006                BRADLEY, CURLEY, ASIANO, BARRABEE &
                                     CRAWFORD, P.C.


                                     By:    /s/
                                         Mark R. Gibson
                                     Attorneys for Defendants HYDE OUT and
                                     HOSSEIN KAJOUEE, dba HYDE OUT


Dated: March 14, 2006                BORTON, PETRINI & CONRON, LLP


                                     By:    /s/
                                         G. Kelley Reid, Jr.
                                     Attorneys for Defendants YUNG WUN and LAI
                                     CHING, as trustees of the YUNG WUN & LAI
                                     CHING REVOCABLE TRUST

///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE                    2

1
2
**ORDER**

IT IS SO ORDERED THAT:

The further Case Management Conference currently scheduled for March 23, 2005 at 2:30 p.m., is continued to June __8__, 2006 at 2:30 p.m.

DATED: __March 16__, 2006



_____
Hon. 
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE         3