```
 1 │ THOMAS E. FRANKOVICH (State Bar No. 074414)
   │ JENNIFER L. STENEBERG (State Bar No. 202985)
 2 │ THOMAS E. FRANKOVICH,
   │ *A Professional Law Corporation*
 3 │ 2806 Van Ness Avenue
   │ San Francisco, CA 94109
 4 │ Telephone:   415/674-8600
   │ Facsimile:   415/674-9900
 5 │
   │ Attorneys for Plaintiffs MARSHALL LOSKOT
 6 │ and DISABILITY RIGHTS ENFORCEMENT,
   │ EDUCATION SERVICES
 7 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>HYDE OUT; YUNG WUN and LAI CHING, as trustees of the YUNG WUN & LAI CHING REVOCABLE TRUST; and KAJOUEE HOSSEIN, an individual dba HYDE OUT,<br><br>     Defendants. | **CASE NO. C04-4988 PJH**<br><br>**STIPULATION DISMISSING DEFENDANTS YUNG WUN AND LAI CHING AND [P~~ROPOSED~~] ORDER THEREON** |

     Plaintiffs Mrshall Loskot and Disability Rights Enforcement, Education Services, and defendants Yung Wun and Lai Ching, stipulate to dismissal of defendants Yung Wun and Lai Ching, as trustees of the Yung Wun & Lai Ching Revocable Trust, with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Equitable Settlement Agreement and Release ("Agreement") and the General Release ("Release") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON      1

U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: February 16, 2007    THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*


By: ____/s/_____
      Jennifer L. Steneberg
Attorneys for Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS

Dated: February 16, 2007    BORTON, PETRINI & CONRON, LLP


By: ____/s/_____
      G. Kelley Reid, Jr.
Attorneys for Defendants YUNG WUN and LAI CHING, as trustees of the YUNG WUN & LAI CHING REVOCABLE TRUST

**ORDER**

IT IS HEREBY ORDERED that defendants Yung Wun and Lai Ching, as trustees of the Yung Wun & Lai Ching Revocable Trust, are dismissed from this action with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Equitable Settlement Agreement and Release should such enforcement be necessary.

DATED: __February 20_____, 2007

_____
Hon. Phyllis J. Hamilton
UNITED STATES

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                         2