```
 1  THOMAS E. FRANKOVICH (State Bar No. 074414)
    JENNIFER L. STENEBERG (State Bar No. 202985)
 2  THOMAS E. FRANKOVICH,
    A Professional Law Corporation
 3  2806 Van Ness Avenue
    San Francisco, CA 94109
 4  Telephone:    415/674-8600
    Facsimile:    415/674-9900
 5
    Attorneys for Plaintiffs MARSHALL LOSKOT
 6  and DISABILITY RIGHTS ENFORCEMENT,
    EDUCATION SERVICES
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HYDE OUT; YUNG WUN and LAI CHING, as trustees of the YUNG WUN & LAI CHING REVOCABLE TRUST; and KAJOUEE HOSSEIN, an individual dba HYDE OUT,<br><br>Defendants. | **CASE NO. C04-4988 PJH**<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Equitable Settlement Agreement and Release ("Agreement") and the General Release ("Release") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2 through their designated counsel that the above-captioned action be and hereby is dismissed
3 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4    This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

Dated: February 23, 2007                THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*


By:  ___/s/_____
     Jennifer L. Steneberg
Attorneys for Plaintiffs MARSHALL LOSKOT
and DISABILITY RIGHTS, ENFORCEMENT,
EDUCATION, SERVICES:HELPING YOU
HELP OTHERS

Dated: February 22, 2007                BRADLEY, CURLEY, ASIANO, BARRABEE &
                                        CRAWFORD, P.C.


By:  ___/s/_____
     Mark R. Gibson
Attorneys for Defendants HYDE OUT and
HOSSEIN KAJOUEE, dba HYDE OUT

Dated: January 4, 2007                  BORTON, PETRINI & CONRON, LLP


By:  ___/s/_____
     G. Kelley Reid, Jr.
Attorneys for Defendants YUNG WUN and LAI
CHING, as trustees of the YUNG WUN & LAI
CHING REVOCABLE TRUST

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Equitable Settlement Agreement and Release should such enforcement be necessary.

DATED: February 23, 2007



_____
Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE